07-160M.

## Violation Notice

Violation Number: R 3206780
Officer Name (Print): Reid D. Jordan
Officer No: J9729
State: DE-10

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 03/16/2007
Offense Charged: ☐ CFR ☐ USC ☒ State Code
State Code: Delaware
Place of Offense: Base Exchange, Bldg 266, Dover AFB, DE 19901
Offense Description: Violation of Delaware Title 11 Section 840 (Shoplifting)

### DEFENDANT INFORMATION
Last Name: Hartley
First Name: Reiko
Street Address: [redacted]
City: Smyrna
State: DE
Zip Code: 19977
Drivers License No: [redacted]
D.L. State: DE
Social Security No: [redacted]
Date of Birth: 1986
Sex: ☐ Male ☒ Female
Hgt: 5'6"
Eyes: Bro.
Height: 6'5"
Weight: 165

☐ Adult ☐ Juvenile

### VEHICLE DESCRIPTION
Tag No: 749458
State: DE
VIN: 1MEFM5051YA642766
Year: 2000
Make/Model: Mercury/Sable
Color: Silver

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT, SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT, SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)
Court Address: The Federal Building, US District Court, 844 King Street, Wilmington, DE 19801
Date: ___ Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: /s/ Reiko Hartley

---

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 MARCH, 2007 while exercising my duties as a law enforcement officer in the District of Delaware:

Your Honor on 16 March 07 at 1057 I was dispatched to Bldg. 266 (Dover AFB Exchange) to process a suspected shoplifter. I made contact with the Exchange law enforcement/loss prevention detective who showed me the tape where I observed the defendant shoplifting the merchandise and proceeded to charge her with a violation of Delaware Title 11 Section 840 (Shoplifting). Defendant also emptied her bag where I visually identified the merchandise she had been lifting the merchandise. The defendant was charged with Delaware Title 11 Section 840 (Shoplifting).

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/16/2007
Officer's Signature: /s/

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy): ___
U.S. Magistrate Judge