UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

REIKO HARTLEY

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A PETTY OFFENSE/MISDEMEANOR CASE

CASE NUMBER: R3206750
07-160M

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

[X]   I HEREBY waive (give up) my right to trial, judgment and sentencing before a United States District Judge and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

x _Reiko Hartley_____
                        Defendant

_____   The Magistrate Judge has advised me of my right to have at least thirty (30) days to prepare for trial before the Magistrate Judge. I HEREBY waive (give up) my right to have at least thirty days to prepare for trial.

x _____
                        Defendant

THIS SECTION FOR MISDEMEANOR CASES ONLY

_____   The Magistrate Judge has advised me of my right to trial by jury for MISDEMEANOR CASES ONLY. I HEREBY waive (give up) my right to trial by jury.

_____
                        Defendant

Consent by the United States  _____
                                                                Signature

_____
Name and Title

_____
Defendant's Attorney (if any)

Approved By: _____
                                                        U.S. Magistrate

Date: _____

FILED
AUG 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE