## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA :**

       **Plaintiff,**      **:**

       **v.**         **:**    **VIOLATION NOTICE NO.** *R 3206780*

*Reiko Hartley* **:**                  *07-160M*

       **Defendant.**    **:**

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for  *Reiko Hartley* .

                    COLM F. CONNOLLY
                    United States Attorney

BY:                _____

                    NICHOLAS D. CARTER, Captain, USAF
                    Special Assistant United States Attorney

DATE:  November 14, 2007

**IT IS SO ORDERED** this  *14th*  day of  *November*  2007.

                    _____

                    HONORABLE  LEONARD P. STARK
                    United States Magistrate Judge

```
F I L E D

NOV 1 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```